UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
JUDY PHIPPS, CYNTHIA POEGGEL,                :
MARIETTA POINDEXTER, DORIS POLLARD-          :
SAMUEL, BETTY POWELL, ESTHER                 :
POWELL, SHEILA PRICE, VERNICE                :
PRIDGEON, NORMA PUCH, CYNTHIA                :
RAHALI, JUDITH ANN RAWLINSON,                :
DONALD REID, LINDA REYNOLDS, DENA            :
RHODES, JUDITH C. RIES, RITA                 :
ROBERTSON, JEANETTA ROLAND, CONNIE           :
ROSS, ROBERT RUEDRICH, NANCY RUSS,           :
                                             :
      Plaintiffs.                            :   Civil Action
v.                                           :   No. 04-11371-GAO
                                             :
INDEVUS PHARMACEUTICALS, INC., F/K/A         :
INTERNEURON PHARMACEUTICALS, INC.;           :
WYETH, INC., F/K/A AMERICAN HOME             :
PRODUCTS CORPORATION; WYETH                  :
PHARMACEUTICALS, INC F/K/A WYETH-            :
AYERST PHARMACEUTICALS, INC., A              :
DIVISION OF AMERICAN HOME PRODUCTS           :
CORPORATION; AND BOEHRINGER                  :
INGELHEIM PHARMACEUTICALS, INC.,             :
                                             :
      Defendants.                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - :x
```

## NOTICE OF APPEARANCE

Please enter our appearance as counsel of record for Defendant Boehringer Ingelheim Pharmaceuticals, Inc. in the above-captioned action.

Dated: July 7, 2004
    Boston, Massachusetts

Respectfully submitted,

/s/Matthew J. Matule
Matthew J. Matule (BBO #632075)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Beacon Street
Boston, Massachusetts 02108
(617) 573-4800

Of Counsel:
Barbara Wrubel
Katherine Armstrong
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000

Counsel for Defendant
  Boehringer Ingelheim Pharmaceuticals, Inc