UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
JUDY PHIPPS, CYNTHIA POEGGEL,     :
MARIETTA POINDEXTER, DORIS POLLARD- :
SAMUEL, BETTY POWELL, ESTHER     :
POWELL, SHEILA PRICE, VERNICE     :
PRIDGEON, NORMA PUCH, CYNTHIA     :
RAHALI, JUDITH ANN RAWLINSON,     :
DONALD REID, LINDA REYNOLDS, DENA   :
RHODES, JUDITH C. RIES, RITA     :
ROBERTSON, JEANETTA ROLAND, CONNIE :
ROSS, ROBERT RUEDRICH, NANCY RUSS,  :
                    :
    Plaintiffs.             :    Civil Action
v.                      :    No. 04-11371-GAO
                    :
INDEVUS PHARMACEUTICALS, INC., F/K/A :
INTERNEURON PHARMACEUTICALS, INC.; :
WYETH, INC., F/K/A AMERICAN HOME   :
PRODUCTS CORPORATION; WYETH     :
PHARMACEUTICALS, INC F/K/A WYETH- :
AYERST PHARMACEUTICALS, INC., A   :
DIVISION OF AMERICAN HOME PRODUCTS :
CORPORATION; AND BOEHRINGER    :
INGELHEIM PHARMACEUTICALS, INC.,  :
                    :
    Defendants.           :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - :x

## CORPORATE DISCLOSURE STATEMENT
## OF DEFENDANT BOEHRINGER INGELHEIM PHARMACEUTICALS, INC.

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.3, defendant Boehringer

Ingelheim Pharmaceuticals, Inc. hereby submits the following corporate disclosure statement:

The ultimate parent company of Boehringer Ingelheim Pharmaceuticals, Inc. is C.H. Boehringer

Sohn.  The immediate parent company of Boehringer Ingelheim Pharmaceuticals, Inc. is

Boehringer Ingelheim Corporation, which is a subsidiary of C.H. Boehringer Sohn.  No publicly

held corporation owns 10% or more of the stock of Boehringer Ingelheim Pharmaceuticals, Inc.

Dated:  July 7, 2004                          Respectfully submitted,
        Boston, Massachusetts


                                              /s/Matthew J. Matule
                                              Matthew J. Matule (BBO #632075)
                                              SKADDEN, ARPS, SLATE,
Of Counsel:                                     MEAGHER & FLOM LLP
Barbara Wrubel                                One Beacon Street
Katherine Armstrong                           Boston, Massachusetts 02108
SKADDEN, ARPS, SLATE,                         (617) 573-4800
  MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000                                Counsel for Defendant
                                              Boehringer Ingelheim Pharmaceuticals, Inc.